UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wayne Zych, Michael Currence and
Whempner Brothers,　　　　　　　　　　　　　　　　　　　　　　　Civ.: 05-2623

　　　　　　　　　　　　　　　Plaintiffs,　　　　　　**ORDER OF DISMISSAL**

vs.

GFI America, Inc., National Beef
Packing Company, LLC, and
Creekstone Farms Premium Beef, LLC,

　　　　　　　　　　　　　　　Defendants.

　　　Pursuant to Federal Rule of Civil Procedure 41 and the Stipulation for Dismissal Without Prejudice filed herein as Doc. No. 27, all parties herein have stipulated and agreed that this matter is dismissed without prejudice, without costs to any party herein.

　　　NOW, THEREFORE, IT IS HEREBY ORDERED that all claims asserted in this action are dismissed without prejudice, without costs to any party herein.

　　　SO ORDERED this ___8th___ day of August, 2006.

　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　Paul A. Magnuson, Judge
　　　　　　　　　　　　　　　United States District Court